UNITED STATES DISTRICT COURT<br>
DISTRICT OF MASSACHUSETTS

**Matheus Goncalves De Sousa**
    Petitioner

CIVIL ACTION

V.

NO. **1:25-cv-13340-RGS**

**Hyde et al**
    Respondents

<b>ORDER OF DISMISSAL</b>

Stearns, D. J.

    In accordance with the Court's Order entered December 4, 2025 [Doc. No. 9] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice.

By the Court,

12/4/2025                        /s/ Jacqueline Martin
Date                              Deputy Clerk